UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH <br> ) <br> ) MDL No. 2100 <br> ) |

**This Document Relates To:**

| | |
|---|---|
| *Michelle Amirault v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-10803-DRH |
| *Fedra Anastasiadis v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-11052-DRH |
| *Mary Brewington v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-10203-DRH |
| *Marchand Cantrell v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-10432-DRH |
| *Leslie Chase v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-12902-DRH |
| *Janmarie Dahl v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-13403-DRH |
| *Wendy Griffin v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-10290-DRH |
| *Janet Hackett v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-13340-DRH |
| *Kelly Krivitski v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-11113-DRH |
| *Kandy Kuglin v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 10-cv-11760-DRH |
| *Ashley Lemaster v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 10-cv-13798-DRH |
| *Charlotte Mansfield v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-11083-DRH |

| | |
|---|---|
| *Danielle McCullough v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-11204-DRH |
| *Stefani Price v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-10104-DRH |
| *Allison Spurlock v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-10688-DRH |
| *Melissa Stone v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-12969-DRH |
| *Pamela Webster v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-12139-DRH |
| *Patricia Yeargain v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-10418-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 23, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> JUSTINE FLANAGAN,
> ACTING CLERK OF COURT
>
> BY:   /s/*Caitlin Fischer*
>           Deputy Clerk

**Dated:** May 28, 2014

Digitally signed by David R. Herndon
Date: 2014.05.28 10:27:26 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**

2